UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 05-1191 (PAM/JSM)

Shannon Binns, derivatively on behalf of
Nominal Defendant Navarre Corp.,

                  Plaintiff,

v.

Charles Cheney, Keith Benson, Timothy
Gentz, James Sippl, Tom Weyl, Brian
Burke, John Turner, Steve Pritchitt,
Dickson Wiltz, Edward Goetz, Michael
Snow, Cory Deacon, Eric H. Paulson,
James Gilbertson, and Navarre Corp. as
Nominal Defendant,

                  Defendants.

**MEMORANDUM AND ORDER**

Civil No. 05-1216 (PAM/JSM)

Karel Filip, derivatively on behalf of
Nominal Defendant Navarre Corp.,

                  Plaintiff,

v.

Charles Cheney, Keith Benson, Timothy
Gentz, James Sippl, Tom Weyl, Brian
Burke, John Turner, Steve Pritchitt,
Dickson Wiltz, Edward Goetz, Michael
Snow, Cory Deacon, Eric H. Paulson,
James Gilbertson, and Navarre Corp. as
Nominal Defendant,

                  Defendants.

Civil No. 05-1818 (PAM/RLE)

Jeffrey Evans, on behalf of Navarre Corp.,

                  Plaintiff,

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom Weyl, Dickinson G. Wiltz,
James G. Sippl, Michael L. Snow, and
Alfred Teo,

                    Defendants.

| | |
|---|---|
| Joan M. Brewster, derivatively on behalf of Navarre Corp., <br><br>          Plaintiff, | Civil No. 05-2044 (PAM/RLE) |

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom F. Weyl, Dickinson G. Wiltz,
James G. Sippl, Michael L. Snow, and
Alfred Teo,

                    Defendants.

| | |
|---|---|
| William Block, derivatively on behalf of Navarre Corp., <br><br>          Plaintiff, | Civil No. 05-2067 (PAM/RLE) |

v.

Eric H. Paulson, James G. Gilbertson,
Brian M.T. Burke, Cary L. Deacon, Keith
A. Benson, Charles E. Cheney, Timothy R.
Gentz, Tom F. Weyl,

Dickinson G. Wiltz, James G. Sippl,
Michael L. Snow, Alfred Teo, and Navarre
Corporation as Nominal Defendant,

                Defendants.

---

This matter is before the Court on Plaintiffs Evans, Brewster, and Block's request to file a Reply in support of their Motion to Consolidate All Related Shareholder Derivative Actions and Appoint a Leadership Structure for Plaintiffs. The Court will permit the Reply, but no further replies or sur-replies will be allowed. Furthermore, the Court will not hear oral argument on the Motion.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs Evans, Brewster, and Block's request to file a reply memorandum is **GRANTED**, and the Reply must be filed by November 21, 2005.

Dated:  November 11 , 2005

                                              s/Paul A. Magnuson
                                              Paul A. Magnuson
                                              United States District Court Judge