UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SHANNON BINNS, derivatively on behalf of Nominal Defendant, NAVARRE CORP., | ) ) ) ) | Civil Action No. 05-cv-1191 PAM/RLE |
| Plaintiff, | ) ) | (Related Cases: |
| vs. | ) ) | 05-cv-1216 PAM/RLE 05-cv-1818 PAM/RLE |
| CHARLES CHENEY, KEITH BENSON, TIMOTHY GENTZ, JAMES SIPPL, TOM WEYL, BRIAN BURKE, JOHN TURNER, STEVE PRITCHITT, DICKSON WILTZ, EDWARD GOETZ, MICHAEL SNOW, CORY DEACON, ERIC H. PAULSON and JAMES GILBERTSON, | ) ) ) ) ) ) ) ) ) | 05-cv-2044 PAM/RLE 05-cv-2067 PAM/RLE) **Docket No. 73** **ORDER** |
| Defendants, | ) ) | |
| and | ) ) | |
| NAVARRE CORP., | ) ) | |
| Nominal Defendant. | ) | |

     This matter is before the Court upon the stipulation of the above-captioned parties to dismiss the action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

     Based upon the file, record, and pleadings in this matter, and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed without prejudice and without costs to either party.

Dated:  May ___16___ , 2006

                                         s/Paul A. Magnuson
                                         The Honorable Paul A. Magnuson
                                         United States District Judge